# EXHIBIT "A"

# WILLIAM BRANIFF
Braniff@START.UMD.EDU

| | | |
|---|---|---|
| **Education** | **JOHNS HOPKINS UNIVERSITY, School of Advanced International Studies** <br> **Masters in International Relations May 2006:Strategic Studies and International Economics** <br> *Washington, DC* | *Bologna, Italy* |

- Curriculum included Strategy and Policy, Foundations of Jihadist Terrorism, The Art and Practice of Intelligence, History of Irregular Warfare, Behavioral Sociology of Conflict.
- Co-Founder of the Strategic Studies Lecture Series at the SAIS-Bologna Campus.
- Planned, organized, and led the annual crisis simulation exercise.

**UNITED STATES MILITARY ACADEMY**  *West Point, NY*
**Bachelor of Science May 1999: Arts, Philosophy and Literature (*Graduated in Top 6% of Class*)**

- Dean's List all semesters and received the Superintendent's Award for academic and leadership excellence.
- One of twelve Rhodes and Marshall Scholarship Candidates selected out of a class of 1000 cadets.
- Phi Beta Khappa inductee.

**Professional Leadership**

**Captain, Armor Branch; U.S. Army**
**Instructor in Terrorism Studies; United States Military Academy at West Point**
**Director of Practitioner Education, Combating Terrorism Center at West Point**
**Executive Director, National Consortium for the Study of Terrorism and Responses to Terrorism (START)**

**Experience 2012-Present**

**National Consortium for the Study of Terrorism and Responses to Terrorism**  *University of Maryland*
**Executive Director**

- Lead a 55 person headquarters element based at the University of Maryland
- Oversee approximately 150 researchers active in the international research consortium working on multi-year projects related to the human causes and consequences of terrorism and extremist violence
- Serve as the primary liaison to START's government partners, including DHS, DoD, and DoS
- Architect and prime mover of START's "transition" strategy intended to optimize the relevance of START's research for practitioners and policy-makers

**2007 - 2012**

**United States Military Academy at West Point, Combating Terrorism Center (CTC)**  *West Point, NY*
**Director of External Education**  *Washington, DC*

- Responsible for the development and execution of a counterterrorism curriculum for multiple government entities engaged in the counterterrorism mission.
- Program Manager for the FBI-CTC Collaborative, a multi-million dollar educational initiative delivering 23 semesters of counterterrorism education (900 hours of instruction for over 3000 students at 64 events across the nation) to the FBI each fiscal year along with a text book and additional educational materials.
- Manages a team of approximately 25 academicians and retired practitioners.
- Serves as a West Point Instructor for the Terrorism Minor program in the Department of Social Sciences, as well as one of three primary instructors for the CTC's External Education Program.

**2006-2007**

**National Nuclear Security Agency, Department of Energy**  *Washington, DC*
**Foreign Affairs Specialist**

- Foreign Affairs Specialist for the Office of International Nuclear Material Protection and Cooperation.
- Responsible for strategic planning and sustainability issues regarding nuclear counter-terrorism programs at nuclear facilities within the Former Soviet Union.
- Served as the Special Assistant to the Director and Deputy Director (Senior Executive Service positions).

1999-2004    **United States Army**                                                    *Germany, Kosovo, USA*
            **Armor Company Commander**
- Responsible for the daily operations of and long term planning for an organization of fifty-five military and ten civilian personnel.
- Maintained fifteen rifle and pistol ranges on which my company trained basic and advanced marksmanship to 10,000 initial entry soldiers annually. Developed and incorporated two modules into FT Knox's marksmanship curriculum based on lessons learned from Operations Enduring Freedom and Iraqi Freedom.
- Supervised the construction of a multi-million dollar indoor marksmanship training center and developed a plan to implement training at the facility.

**Armor Battalion Scout Platoon Leader, Armor Company Executive Officer, Armor Company Platoon Leader**
- Selected over thirty Lieutenants in the battalion to lead a thirty-three person reconnaissance platoon composed of ten combat vehicles and equipment valued at over $1.5 million. Served as the battalion's expert on reconnaissance and security operations.
- Supervised and led a sixty-five person tank company as second-in-command. As the company's logistics expert, was responsible for the maintenance of a combat vehicle fleet valued over $35 million and including 14 M1A1 Abrams Main Battle Tanks.
- Led a sixteen person tank platoon for six months of training and a six month peacekeeping deployment in Kosovo. Worked independently with international organizations and foreign military units to foster a secure environment in a sector totaling over seventy sq kilometers and inhabited by 1500 Albanian and Serbian Kosovars.

| | |
|---|---|
| **Selected Publications** | • *Terrorism and Political Islam*, eds. William Braniff, Christopher Heffelfinger, and Erich Marquardt, Combating Terrorism Center, 2008. |
| | • *Terrorism and Political Islam: A Desk-Side Reference for Political, Missionary, and Militant Organizations*, eds. William Braniff, Christopher Heffelfinger, and Erich Marquardt, Combating Terrorism Center, 2009. |
| | • "Anticipating al-Qa'ida's Next Strategic Evolution" in *Understanding Jihadism: origins, evolution, and future perspectives*, eds. Brynjar Lia and Qandeel Siddique, Norwegian Defense Research Establishment, June 2009. |
| | • Bill Braniff, & Assaf Moghadam. "Towards Global Jihadism: Al-Qaeda's Strategic, Ideological and Structural Adaptations since 9/11," in *Perspectives on Terrorism* [Online], 5.2 (2011): 11 June 2012. |
| | • Bill Braniff and Assaf Moghadam, "Al Qaeda's Post-9/11 Evolution: An Assessment," in *Terrorism and Counterterrorism: Understanding the New Security Environment, Reading and Interpretations,* eds Russel Howard, Reid Sawyer, and Natasha Bajema, 4th edition, 2011. |

| | |
|---|---|
| **Selected Presentations** | • "Anticipating al-Qa'ida's Next Strategic Evolution," Understanding Jihadism Conference, Oslo, Norway, March 2009. |
| | • "Frameworks for Understanding Domestic Islamist Plots," National Collaboration and Development Course, Pennsylvania, 2010. |
| | • "Radicalization in the Salafi-Jihad," National Counterterrorism Center, Virginia, January 2010. |
| | • "Evolution of the Salafi-jihad," World Affairs Council, Norfolk, Virginia, March 2010. |
| | • "Conceptual Frameworks for Understanding al-Qa'ida," Council on Foreign Relations, Atlanta, Georgia, April 2010. |
| | • "Understanding al-Qa'ida," Committee on Foreign Relations, Indianapolis, Indiana, June 2010. |
| | • "Al-Qa'ida in Context," Joint Forces Staff College, Norfolk, VA, July 2010. |
| | • "Understanding the Enemy," National September 11th Museum and Memorial Lecture Series, New York, New York, June 2010. |
| | • "Economic Jihad: Al-Qa'ida's Attrition Strategy," Wal-Mart Home Office, Bentonville, Arkansas, July 2010. |
| | • "Introduction to START Data, Methodology and Finding," National Science and Technology Council's Subcommittee on Human Factors, March 2012. |
| | • Congressional Testimony to House Committee on Homeland Security Subcommittee on Oversight and Management Efficiency, "Why Can't DHS Better Communicate with the American People?" May 2013. |
| | • Congressional Testimony to House Armed Services Committee, "The State of Al-Qaeda, its Affiliates, and Associated Groups: View from Outside Experts," February 2014. |
| | • "Countering Violent Extremism," National Counterterrorism Center, April 2014. |

| | |
|---|---|
| **Selected Training Experience** | • "Understanding al-Qa'ida," Joint Special Operations University, Interagency Collaboration Course and the Combating Terrorist Networks Course, MacDill Air Force Base, various dates 2009-2014. |
| | • "The Strategy of Terrorism," "Evolution of the Global Jihadist Threat," "Radicalization," "Terrorist Use of the Internet," "Understanding Islam," "Islam, Islamism and Violent Jihadism," "Terrorism in East Africa," "Terrorism in Yemen," "Terrorism in South Asia," "Terrorism in South East Asia," "Terrorism in North Africa and the Sahel," "Understanding Hamas," "Understanding Hezbollah," "Countering Violent Extremism," Federal Bureau of Investigation, various dates, 2008-2014. |
| | • "Environmental Extremists' use of Arson in the United States," National Fusion Center Fire Services Network, November 2013. |
| | • "Extremist Violence by the Numbers," local law enforcement, New York U.S. Attorneys' Office, February 2013. |
| | • "Terrorism and Extremist Violence in the United States," National Governors' Association, February 2013. |
| | • "Islam in the United States: Culture and Customs," United States Attorneys' Office, various dates 2010-2012. |

| | |
|---|---|
| **Selected Media Appearances** | • "FBI takes counterterrorism classes, National Public Radio, July 2008. |
| | • "Exploring 9/11: The World Before and After," National September 11th Museum and Memorial Webcast on Al-Qa'ida's ideology, 2008, and on the death of Osama bin Laden, 2011. |
| | • "Al-Qaida Media Blitz has Some on Alert," National Public Radio, April 2009. |
| | • "Assessing Somalia's Terror Threat," International Relations and Security Network, December 2009. |
| | • KCUR *Up to Date* interview with Steve Kraske on the threat posed by al-Qaeda, Kansas City, Missouri, April, 2010. |
| | • "In Attack, Al Qaeda-Linked Somali Group Expands Reach," Wall Street Journal, July 2010. |
| | • "Choosing From the Many Lessons of Sept. 11," an expert panel discussion, New York Times, June 4, 2012. |
| | • "Death of al-Libi is a crippling blow," AFP article, June 5, 2012. |
| | • "Drones could destabilize Pakistan," AFP video, June 6, 2012 |
| | • "Terrorism and Violent Crime," CSPAN's Washington Journal, April 2013. |
| | • "Maryland Voices React to Boston Marathon Bombing," Maryland Morning (NPR WYPR Baltimore), April 2013. |
| | • "Public Safety: The Measures Taken To Keep Crowds Safe," Talk of the Nation (NPR), April 2013. |
| | • "Manhunt For Boston Bombing Suspect," On Point, (NPR), April 2013. |

- "Social Media Shapes Boston Bombings Response," National Geographic, April 2013.
- "Response to Boston Marathon Attack," Fox News, April 2013.
- "Boston attack underscores growing threat of IEDs in America," Fox News, April 2013.

**Awards**

- Department of the Army Superior Civilian Service Award:  Presented by the Superintendent of the United States Military Academy for leading the Combating Terrorism Center's Practitioner Education Program, the largest counterterrorism education program of its kind in the United States Government.  This is the third highest award possible for Department of the Army employees.

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

Reply to: **Jacksonville, FL**                                                                    **tld/MDH**

July 18, 2014

Lisa Call, Esquire
Assistant Federal Public Defender
200 West Forsyth Street
Suite 1240
Jacksonville, FL  32202

>        **Re:    United States v. Shelton Thomas Bell**
>             **Criminal No. 3:13-cr-141-J-32JRK**

Dear Ms. Call:

This correspondence provides additional disclosures regarding William Braniff, whom the government plans to call as an expert witness at the sentencing hearing for Shelton Bell. Specifically, pursuant to the spirit of Fed. R. Crim P. 16(a)(1)(G),[1] we are providing this summary of his intended testimony.

The basis for this testimony will be Mr. Braniff's expertise regarding international and domestic terrorism as it relates to the global jihadist movement. As evidenced by his curriculum vitae, Mr. Braniff has spent his adult life in the national security arena, focusing on terrorism and counterterrorism following receipt of his Masters Degree in International Relations from Johns Hopkins School of Advanced International Studies in 2006. Prior to that, Mr. Braniff graduated from the United States Military Academy at West Point and spent five years as an active duty combat arms officer in the Armor Branch of the United States Army. After graduate school, Mr. Braniff worked as a foreign affairs specialist in the nuclear counterterrorism field for the National Nuclear Security Administration, a semi-autonomous arm of the U.S. Department of Energy.

---

[1] The Government provides this notice voluntarily, even though the referenced rule only requires a disclosure like this of expert testimony the Government intends to use "during its case-in-chief at trial." Because rule 1101(d)(3) makes the Federal Rules of Evidence inapplicable to sentencing hearings, we believe this summary is not required pursuant to either the rules of procedure or the rules of evidence. Nonetheless, we provide it to avoid any need for further continuance or delay of the hearing.

Lisa Call, Esq.
July 18, 2014

Mr. Braniff went on to work for nearly five years as an instructor at the Combating Terrorism Center (CTC)at West Point, a research center housed in the Department of Social Sciences with a reputation as one of the leading intellectual centers in the country for the study of the global jihadist movement.  There he taught cadets as part of the CTC's minor in terrorism studies, as well as directed the CTC's practitioner education program. Initially focused on teaching FBI Special Agents, the program grew to include multiple disciplines within the FBI, the intelligence community, homeland security investigators, and state and local law enforcement personnel. The program's curriculum was based on academic and experiential expertise of a team of instructors cultivated by Mr. Braniff and his colleagues at West Point.

In addition to overseeing the program, Mr. Braniff served as one of its primary instructors, mastering approximately 32 hours of subject matter on the following topics: Islam, Islam in the United States, Islamism (Political Islam), Violent Islamism, Radicalization, Jihadist Use of the Internet, Understanding Terrorism in the Horn of Africa, Understanding Terrorism in South Asia, Understanding Terrorism in North Africa, Understanding Terrorism in the Arabian Peninsula, as well as classes on Hamas and Hezbollah. Mr. Braniff benefited from this unique position, as he was consistently surrounded by a team of approximately 20 subject matters experts with diverse linguistic, regional, topical, methodological, and professional backgrounds, as well as students who often brought highly valuable first-hand experience into the classroom. Mr. Braniff continues to teach habitually for the FBI and Joint Special Operations University, and lectures on an ad hoc basis for other audiences, such as the National Counterterrorism Center (NCTC).

For the last three years, Mr. Braniff has served as the executive director of the National Consortium for the Study of Terrorism and Responses to Terrorism (the START Consortium), an independent research and educational consortium based at the University of Maryland.  START is one of the Department of Homeland Security Centers of Excellence, university based entities that conduct unclassified research of value to the national security enterprise.  START conducts objective and empirical research, primary by leveraging theory and methodology from the behavioral and social sciences, on terrorism, counterterrorism and societal responses to terrorism.  START is currently executing approximately 40 funded research projects funded by various government entities, making it among the largest terrorism research networks in the world. Mr. Braniff plays a leadership role in all facets of the organization, to include quality assurance of START research, and transitioning START research to the professional counterterrorism community so that it can help to inform policy and practice.

Mr. Braniff will provide background information on organizations within the global jihadist movement, to include the relationships between the al-Qa'ida organization and al-Qa'ida in the Arabian Peninsula (AQAP), as well as between AQAP and Ansar al-Sharia in Yemen. AQAP is frequently referred to as an al-Qa'ida franchise, meaning a geographically separate replica of the original al-Qa'ida organization. More specifically, AQAP was originally led by a member of the al-Qa'ida organization with close links to Usama bin Laden, and while the organization has evolved since the mid-2000s when it

Lisa Call, Esq.
July 18, 2014

first manifested in Saudi Arabia, the group remains the closest reincarnation of al-Qa'ida from among the various al-Qa'ida franchises.  Ansar al-Sharia is a moniker adopted by al-Qa'ida in the Arabian Peninsula to present, at the same time, a more fundamentally Islamic identity and a more parochial identity to would-be recruits that might be dissuaded by the reference to al-Qa'ida in AQAP's name.

Mr. Braniff will explain some of the processes by which individuals in foreign countries with seemingly little connection to jihadist fronts in places like Yemen, Somalia, Syria, or Afghanistan become mobilized. The processes are not uniform, but can involve identifiable components such as personal grievances, group grievances, militant ideologies which include a call to action, the encouragement from jihadist veterans or role models, the consumption of ideological propaganda, isolating oneself or one's small group from competing narratives and the resulting "group-think" which can occur, and the adoption of incrementally more aggressive behaviors. These factors include individual, organization, and movement level characteristics.

Mr. Braniff will discuss the role of Anwar al-Awlaki, an American citizen who became the leading English language ideologue for the global jihadist movement.  Al-Awlaki joined AQAP, and used the organization as a platform to disseminate hundreds of speeches and sermons that are widely available and consumed by English speaking adherents to violent jihadist ideas.  Prior to his death in September 2012 as the result of a targeted air-strike, al-Awlaki and AQAP encouraged American Muslims to do one of two things: emigrate from the United States (this is referred to as the hijra) where it is not possible to practice "true" Islam to a place where that is possible, such as jihadist fronts in Afghanistan, Somalia, or Yemen; or, to wage violent jihad in the United States. Anwar al-Awlaki was clearly an important scholar and source of inspiration for Shelton Bell, who both consumed high numbers of his videos and speeches, and who emulated him on camera and when communicating with youth whom Bell was seeking to influence.  It is clear that Bell adopted Anwar al-Awlaki's views of the United States Government as a government hostile to Muslims, including Muslim-Americans.

Mr. Braniff will testify about the various ways that Bell sought to manipulate minors into mobilizing to violence along with him. This included involving them in financial activities to raise money to support illicit activity, encouraging minors to lie about their relationship and their activities with Bell, encouraging minors to isolate themselves from other members of the community, and involving them in mental and physical preparation for illicit activities.

Mr. Braniff will testify about the specific vocabulary used by Bell and his co-conspirators to describe themselves and the world and the community of people around them. Bell has a specific understanding of the word jihad, which means "to struggle or strive." In traditional Muslim belief, the greater jihad is to struggle or strive to live a more pious life. For Bell, jihad refers primarily to violent jihad, which is traditionally understood to be the lesser jihad (lesser in importance). Bell rejects Muslim missionaries (Tablighi – a reference to members of a populous missionary organization called Tablighi-Jama'at)
for being overly concerned with the call to Islam (da'wa) instead of implementing

Lisa Call, Esq.
July 18, 2014

one's beliefs (aqeedah) through action. According to Bell, the correct aqeedah is in essence, preparation for and propagation of jihad, which he states that he hopes to do in America. Bell describes non-Muslims as kuffar, or infidels (singular: kafr). This is a Quranic term for polytheists or pagans, who were common features of the religious landscape in the 7th century Arabian Peninsula from which the Qur'an dates. The term is now used by violent jihadists to engender an "us versus them" mentality between "true" Muslims and those who hold different beliefs. While in Jordan, Bell uses the term taghoot, or idolaters, to describe the government in Jordan, and to distinguish it from a properly Islamic government which in Bell's mind would be guided only by an unadulterated form of Islamic law. When reminding his co-conspirators that if they are caught desecrating Christian religious idols on 4 July 2012, they will be treated like "terrorists," by which he meant the members of groups like the Taliban and al-Shabaab.

Taken as a whole, the vocabulary that Bell used, which is drawn directly from violent jihadist sources, reflects the actions that he took and his frame of mind when taking those actions. Bell felt that it was impossible to be a "true" Muslim while living in the United States, and so prepared himself in a deliberate fashion for both hijra (the emigration to a jihadist front) and the propagation and conduct of violent jihad (in the United States if necessary) as a member of a terrorist organization fighting against governments that he believed to be idolatrous, and therefore sinful.

Please feel free to contact us if you have any questions about this discovery.

Sincerely,

A. LEE BENTLEY, III
United States Attorney

By:

Mae D. Heavener, III
Assistant United States Attorney

and

MARA M. KOHN
Trial Attorney Counter Terrorism Section
National Security Division,
Department of Justice

MDH/td