**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                        **Case No.: 3:07-Cr-97-J-25-JRK**

**SHELTON THOMAS BELL**

_____

### DEFENDANT'S SENTENCING WITNESS LIST

The Defendant, **SHELTON THOMAS BELL,** by and through his undersigned

counsel, hereby files this preliminary witness list for the sentencing hearing:

1.    Stephanie Bell

2.    Daniel Dexter

3.    Robyn Cohen, PhD

4.    William Tommy Bell

5.    Custodian of Records - Duval County School Board

6.    All other witnesses listed by the government.

DATED: August 21, 2014.

DONNA ELM
FEDERAL DEFENDER

s/ *Lisa Call*

_____
Lisa Call, Assistant Federal Defender
Florida Bar No. 0896144
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Facsimile: (904) 232-1937
Lisa_call@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic filing through the United States District Court to Mac Heavener, AUSA, 300 North Hogan Street, Suite 700, Jacksonville FL 32202 on August 21, 2014.

s/ *Lisa Call*

_____

Lisa Call, Assistant Federal Defender