UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:13-cr-141-J-32JRK

SHELTON THOMAS BELL

## GOVERNMENT'S AMENDED[1] WITNESS LIST

Pursuant to this Court's Order (Doc. No. 46), the United States notifies the

Court and counsel for Shelton Thomas Bell that the Government may call any of

the following witnesses at the Sentencing Hearing currently scheduled for

October 23, 2014:

1.      Special Agent William Berry, U.S. Customs and Border Protection,

FBI - Joint Terrorism Task Force;

2.      Detective Nassim Mana, Jacksonville Sheriff's Office;

3.      Mr. William Braniff, Executive Director for the National Consortium

for the Study of Terrorism and Responses to Terrorism;[2]

4.      Mr. Parvez Ahmed;

5.      Mr. Daniel Dexter;

6.      Mr. Michael Papagiannakis;

7.      Ms. Ruth Diane Polatty;

8.      Ms. Deborah Michele Swan-Vereen;

---

[1] Amended to include Mr. David Schiavone as a witness for the government.
[2] Mr. Braniff will be testifying as an expert witness. A copy of Mr. Braniff's credentials and a summary of his testimony is attached as composite exhibit A.

9.   Mr. Jeffrey Lee Brownfield;

10.   Mr. John Emmett Heintz; and

11.   Mr. David Schiavone, Senior Intelligence Analyst, Counter

Terrorism Unit (CTU), Federal Bureau of Prisons.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Mac D. Heavener, III*
MAC D. HEAVENER, III
Assistant United States Attorney
Florida Bar No. 0896748
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:   mac.heavener@usdoj.gov

By:   *s/ Mara Kohn*
MARA M. KOHN
Trial Attorney
Counter Terrorism Section
National Security Division,
Department of Justice

**U.S. v. Shelton Thomas Bell**          **Case No. 3:13-cr-141-J-32JRK**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lisa A. Call, Esq.

_s/ Mac D. Heavener, III_
MAC D. HEAVENER, III
Assistant United States Attorney


_s/ Mara Kohn_
MARA M. KOHN
Trial Attorney